# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JAN 19 AM 9: 40

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

Megan Kyle _____, Plaintiff

v.

I.R.S. _____,

United States _____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Megan Kulte
(Name and complete mailing address)

1535 High St. Denver, CO 80218
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    I.R.S.
(Name and complete mailing address)

Denver Colorado
(Telephone number and e-mail address if known)

Defendant 2:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Plaintiff might be entitled to a COVID-19 stimulus check

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

## STATEMENT OF CASE

Plaintiff, Megan Kyte never received a COVID – 19 stimulus check from the IRS in 2021. Plaintiff filed a tax return in March in 2021 and sent it by mail.

Plaintiff attempted to speak to an IRS agent but was denied access to the downtown Denver, Colorado office for not having an ID, plaintiff's ID has been stolen twice. Plaintiff told security at the IRS office that she is a US citizen with a valid social security number but was denied entry. Plaintiff has been given a paper copy of her interim Oregon state ID from DHS. (Department of Human Services)

E.   **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Plaintiff might be entitled to a $1400 Covid - 19 stimulus check from I.R.S.

F.   **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

1 - 19 - 2022
_____
(Date)

(Revised December 2017)

6

| Court | ☑ District ☐ Juvenile | |
|---|---|---|
| Colorado County: Denver | | |
| Court Address: 901 19th St. Room A105 | | |

| Petitioner: Megan Kyte & Respondent: IRS, United States (or Co-Petitioner) Other Parties: _____ | ↑ **Court Use Only** ↑ |
|---|---|

| My Name: Megan Kyte | Case Number: _____ |
|---|---|
| Address: 1535 High St. | |
| Phone: Denver, CO 80218 Fax: _____ | Division: _____ |
| Email: mkyte66@gmail.com Bar Number: _____ (For lawyers) | Courtroom: _____ |

## Certificate of Service

I certify that:

**1. Document**

I certify that I filed (name of document): Civil rights complaint with the court.

**2. Copies Delivered**

On (enter date) 1-19-2022 I sent a copy of that document to every party in the case by:

☐ Colorado Courts Efiling          ☑ Hand Delivery

☐ Email or Fax: (address or number) _____

☐ U.S. Mail, addressed to:

Their Name: _____

Mailing Address: _____

Their Name: _____

Mailing Address: _____

**3. Sign & Date**

My Signature: Megan Kyte          Dated: 1-19-2022